FILED
2021 MAR 23
CLERK
U.S. DISTRICT COURT

Loy Arlan Brunson
138 East 12300 South #C-196
Draper, UT 84020
Telephone: 801-602-3628
Email: Loy@7discoveries.com
Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "We The People", <br><br> Plaintiff, <br><br> vs. <br> ALMA S. ADAMS ; et al., <br><br><br> Defendants. | EX PARTE / MOTION FOR EMAIL FILING AND NOTIFICATION <br><br> Case No. 2:21-cv-00175 <br><br> Judge: Howard C. Nielson, Jr. <br><br> TRIAL BY JURY DEMANDED |

Plaintiff Loy Arlan Brunson ("Brunson") hereby moves this court with this *Ex Parte / Motion for Email Filing and Notification* and states:

Due to the infancy of this case with 387 Defendants whom have not been served as of the date of this pleading, a certificate of service cannot be effected, therefore this pleading is filed as a Ex Parte which requires no certificate of service.

"District courts are authorized to prescribe local procedural rules provided the rules are consistent with the Acts of Congress and the Federal Rules of Procedure." Murray v. City Of Tahlequah, Okl., 312 F.3d 1196 (10th Cir. 2002)

Pursuant to Rule 7(c)(1) and Rule 5(a)(1) of the Utah Rules of Civil Procedure Brunson hereby submits this motion without the requirement of giving notice to any party, and without the requirement of giving a memorandum.

1

Under DUCivR 5-1(b), I hereby move the court for an order granting permission to email documents to the clerk's office for filing in this case and to receive electronic notification of case activity. The clerk's office should use the following email address to correspond with Brunson; **LoyBrunson@gmail.com.** I understand that I must:

- submit documents in PDF format as outlined in the court's CM/ECF and E-filing Administrative Procedures Manual (ECF Procedures Manual);
- use an appropriate digital/electronic signature on all filings, as outlined in Section (II)(A) of the ECF Procedures Manual;
- follow the formatting requirements outlined in DUCivR 10-1 and Section (II)(B) of the ECF Procedures Manual;
- read and become familiar with Local Rule of Civil Practice DUCivR 5-1(b);
- carefully examine all documents prior to emailing them and redact sensitive and private information pursuant to DUCivR 5.2-1, or file a motion to have the documents sealed under DUCivR 5-3;
- under Fed. R. Civ. P. 5, serve my documents on parties who are not served through the court's CM/ECF system, using mail, hand-delivery, or some other agreed-upon method;
- meet all filing deadlines; and
- promptly email a notice to be filed in the case when I have a change of name, address, or email address.

If I am permitted to file documents in my case by email, I understand that:

- the clerk's office may process my documents on the next business day; however, the document filing date will be the same as the email date;

2

- under Fed. R. Civ. P. 5 and 77 and Fed. R. Crim P. 49, email transmission of documents will constitute service as required by those rules;

- the clerk's office will send an email to me when my documents are received and that email is not proof of filing. A Notice of Electronic Filing will be emailed to me when my documents are filed in the case;

- the clerk's office may request that I change or revise a document to comply with the ECF Procedures Manual before the document will be filed in the case; and

- the court may revoke my permission to file by email after a determination that I have abused the privilege.

I have read and understand the responsibilities outlined on the attached Email Filing and Notification Form for Unrepresented Parties.

ACCORDINGLY, Plaintiff respectfully requests that the court enter an order allowingemail filing and notification.

Dated this the 22nd of March, 2021.

_____
Loy Arlan Brunson
Plaintiff

3