UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, et al,<br><br>　　　　　　　　Defendants. | **ORDER OF RECUSAL**<br><br>Case No. 2:21-cv-00175-DBB<br><br>District Judge David Barlow |

　　　I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

　　　DATED this 29th day of March, 2021.

　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　　United States District Judge