Loy Arlan Brunson
138 East 12300 South #C-196
Draper, UT 84020
Telephone: 801-602-3628
Email: Loy@7discoveries.com
Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "We The People",<br><br>Plaintiff,<br><br>vs.<br>ALMA S. ADAMS ; et al.,<br><br><br>Defendants. | Case No. 2:21-cv-00175<br><br>**ORDER GRANTING LEAVE OF COURT AND PROCESS OF SERVICE**<br><br>Judge: ROBERT J. SHELBY<br><br>Magistrate Judge: Cecilia M. Romero<br><br>TRIAL BY JURY DEMANDED |

Before the Court is Plaintiff's Loy Arlan Brunson's ("Brunson") pleading entitled *Plaintiff's Motion For Leave To File Third Amended Complaint* (ECF 24), the court GRANTS this motion. It is also ORDERED that the Third Amended Complaint, proffered by Brunson on April 26, 2021 which is an exact copy of the Third Amended Complaint found in his said motion, be filed.

It is further ORDERED that the Third Amended Complaint, and the summons already presented to the court, be served by the United States Marshall Service as directed by the court.

Dated this _____ of _____, 2021.


_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1