# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "We The People", <br><br> Plaintiff, <br><br> vs. <br> ALMA S. ADAMS ; et al., <br><br> Defendants. | **CERTIFICATE OF DEFAULT** <br><br> Case No. 2:21-cv-00175 <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Cecilia M. Romero |

Plaintiff Loy Arlan Brunson ("Brunson") having submitted to the court his *Motion for Entry of Default* ("Motion") as to Defendant MICHAEL RICHARD PENCE ("Pence") in his capacity as former Vice President of the United States of America upon the Fourth Amended Complaint heretofore filed and served upon the defendant pursuant to Rule 4 of the Utah Federal Rules of Civil Procedure, and having given consideration to the Motion, entry of a Certificate of Default is appropriate.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Pence is in default and that this Certificate of Default is hereby ordered.

ORDER hereby given on this the _____ day of _____, 2022.


_____
COURT CLERK OR JUDGE