IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "We The People", <br><br> Plaintiff, <br><br> vs. <br><br> ALMA S. ADAMS ; et al., <br><br> Defendants. | **DEFAULT JUDGMENT** <br><br> Case No. 2:21-cv-00175 <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Cecilia M. Romero |

  Defendant MICHAEL RICHARD PENCE ("Pence") in his capacity as former Vice President of the United States of America, and having been served with a summons and complaint of this case, and having failed to plead or defend within the required time is in default and as such it is **ORDERED** as follows:

  1. For judgment upon Pence whom is ordered to pay Plaintiff Loy Arlan Brunson $150,000,000 (One Hundred Fifty Million U.S. Dollars) tax free.

  2. It is further ordered that this judgment shall be augmented in the amount of reasonable costs expended in collecting said judgment as shall be established by affidavit.

  ORDER hereby given on this the _____ day of _____, 2022.

_____
COURT CLERK OR JUDGE