FILED
2022 MAY 24 PM 12:50
CLERK
U.S. DISTRICT COURT

Loy Arlan Brunson
138 East 12300 South #C-196
Draper, UT 84020
Telephone: 801-375-3278
Email: Loy@7discoveries.com
Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "We The People", <br><br> Plaintiff, <br><br> vs. <br> ALMA S. ADAMS ; et al., <br><br><br> Defendants. | **MOTION FOR ENTRY OF DEFAULT** <br><br> Case No. 2:21-cv-00175 <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Cecilia M. Romero |

Plaintiff Loy Arlan Brunson ("Brunson") hereby moves this court with this *Motion for Entry of Default* as to Defendant MICHAEL RICHARD PENCE ("Pence") in his capacity as former Vice President of the United States of America upon the Fourth Amended Complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule DUCivR 55-1, and in support thereof shows the court the following:

    1.    On or about December 30th, 2021 Brunson submitted to the court his Fourth Amended Complaint ("Complaint"). No previous version of Brunson's complaint has been served upon any of the Defendants of this case. The Court docketed his Complaint on March 30, 2022 (ECF 41).

    2.    On or about April 22, 2022 (ECF 55) the Clerk of the Court issued a summons against Pence.

1

3. A proof of service is attached as "Exhibit A" attesting to the fact that Pence was served with the summons and Complaint on April 29, 2022.

4. As of May 23, 2022 Pence has failed to plead or otherwise defend this action, and Brunson is entitled to judgment by default against Pence.

5. Pursuant to the four corners of the Complaint it identifies a sum certain in the amount of $150,000,000 (One Hundred Fifty Million U.S. Dollars) that Pence must pay to Brunson tax free.

A proposed order (Certificate of Default) is attached as "Exhibit B".

PRAYER

WHEREFORE, Brunson moves the clerk of the court to enter a certificate of default against Pence.

Humbly submitted this the 24th day of May, 2022.

_____
Loy Arlan Brunson, Plaintiff

AFFIDAVIT OF BRUNSON

State of Utah         )
                      ):ss
County of Utah        )

Loy Arlan Brunson (Affiant), being first duly sworn and under oath, deposes and says that Affiant is the Plaintiff in the above-entitled action; that Affiant has read the foregoing and understands the contents thereof, and the same is true of his own knowledge, and that Affiant is over the age of 21 and is fully competent to testify as to the facts outlined above of his own knowledge.

DATED this 24 day of May, 2022.

**STATE OF** Utah
**COUNTY OF** Utah

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 24 DAY OF May, 2022
BY Loy Brunson

_____
Jay Ch[...]
NOTARY PUBLIC

_____
Loy Arlan Brunson
Plaintiff/Affiant


JAY CHRISTOPHERSON
Notary Public - State of Utah
Comm. No. 719837
My Commission Expires on
Aug 10, 2025

2

Exhibit A

Loy Arlan Brunson
138 East 12300 South #C-196
Draper, UT 84020
Telephone: 801-375-3278
Email: Loy@7discoveries.com
Pro Se

# IN THE DISTRICT COURT OF UTAH
## SECOND JUDICIAL DISTRICT WEBER COUNTY

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "WE THE PEOPLE",<br>　　　　Plaintiff,,<br>vs.<br>ALMA S. ADAMS et al.,<br>　　　　　　Defendants. | **Proof Of Completed Service**<br>(Utah Rule of Civil Procedure 4)<br><br>Case No. 2:21-cv-00175<br><br>Judge: Robert J. Shelby<br>Magistrate Judge: Cecilia M. Romero<br><br>TRIAL BY JURY DEMANDED. |

　　　　The Defendant Mike Pence has been served with a summons and complaint of this case. This service was effectuated by me mailing the said summons and complaint with a signature confirmation defined by the United States Postal Service as "Adult Signature Restricted Delivery - requires the signature of the addressee only or their designee, who must be 21 years of age or older." The United States Postal Service collected the required signature from an authorized individual in behalf of Defendant which is attached to this proof of service.

　　　　I am over the age of 18. I am not a party to this action. I have not been convicted of a felony violation of a sex offense (listed in Utah Code §77-41-102(16)), I am not a respondent in a protective order proceeding (Utah Code § 78B-7-101 et seq.). I declare under criminal penalty of the law of Utah that everything stated in this document is true.

　　　　Signed at Ogden, UT
　　　　Dated: May 6, 2022　　　　_/s/ Raland Brunson_
　　　　　　　　　　　　　　　　Raland Brunson

1



**UNITED STATES POSTAL SERVICE**

May 4, 2022

Dear Raland Brunson:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9468 2112 0253 0950 8303 90.**

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 29, 2022, 4:03 pm |
| **Location:** | WASHINGTON, DC 20002 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Adult Signature Restricted Delivery |
| | Up to $100 insurance included |
| **Recipient Name:** | Former V P Michael Richard Pence c o The Herita |
| **Actual Recipient Name:** | B CARTER |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 1.6oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 214 MASSACHUSETTS AVE NE |
| **City, State ZIP Code:** | WASHINGTON, DC 20002-4958 |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "We The People",<br><br>    Plaintiff,<br><br>vs.<br>ALMA S. ADAMS ; et al.,<br><br>    Defendants. | **CERTIFICATE OF DEFAULT**<br><br>Case No. 2:21-cv-00175<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Cecilia M. Romero |

    Plaintiff Loy Arlan Brunson ("Brunson") having submitted to the court his *Motion for Entry of Default* ("Motion") as to Defendant MICHAEL RICHARD PENCE ("Pence") in his capacity as former Vice President of the United States of America upon the Fourth Amended Complaint heretofore filed and served upon the defendant pursuant to Rule 4 of the Utah Federal Rules of Civil Procedure, and having given consideration to the Motion, entry of a Certificate of Default is appropriate.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Pence is in default and that this Certificate of Default is hereby ordered.


    ORDER hereby given on this the _____ day of _____, 2022.


_____
COURT CLERK OR JUDGE

1