IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON, in his personal capacity and as a member of "We The People," <br><br> Plaintiff, <br><br> v. <br><br> ALMA S. ADAMS, et al., <br><br> Defendants. | **ORDER DENYING MOTION FOR ENTRY OF DEFAULT** <br><br> Case No. 2:21-cv-00175-RJS-CMR <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Cecilia M. Romero |

Before court is pro se Plaintiff Loy Arlan Brunson's Motion for Entry of Default.[1] In it, Brunson moves for an entry of default against Defendant Michael Richard Pence "in his capacity as former Vice President of the United States of America."[2] Brunson argues the Fourth Amended Complaint was served on Pence on April 22, 2022, "[a]s of May 23, 2022, Pence has failed to plead or otherwise defend this action," and therefore, "Brunson is entitled to judgment by default against Pence."[3]

Under Federal Rule of Civil Procedure 12(a)(2), "a United States officer . . . sued only in an official capacity must serve an answer to a complaint . . . within 60 days after service on the United States attorney."[4] Sixty days have not yet passed since the service of Brunson's Fourth

---

[1] Dkt. 59.

[2] *Id.* at 1.

[3] *Id.* at 1–2.

[4] Fed. R. Civ. P. 12(a)(2).

1

Amended Complaint.[5] Therefore, the Motion for Default Judgment is premature. The Motion is, accordingly, DENIED.[6]

So ORDERED this 31st day of May, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[5] See Dkt. 56 (Summons Returned Executed as to Michael Richard Pence on 05/03/2022).

[6] Dkt. 59.