TRINA A. HIGGINS, United States Attorney (7349)
ANDREW CHOATE, Assistant United States Attorney (13615)
Attorneys for Defendants
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
andrew.choate@usdoj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON, <br><br>Plaintiff, <br><br>v. <br><br>ALMA S. ADAMS, *et al.*, <br><br>Defendants. | **NOTICE OF APPEARANCE** <br><br>Case No. 2:21-cv-00175-RJS-CMR <br><br>Judge Robert J. Shelby <br>Magistrate Judge Cecilia M. Romero |

Notice is hereby given of the entry of the undersigned as counsel for Defendant the United States of America. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed and served upon:

> ANDREW CHOATE, Assistant United States Attorney
> andrew.choate@usdoj.gov
>
> Attorneys for the United States of America
>
> 111 South Main Street, Suite 1800
> Salt Lake City, Utah 84111

DATED this 1st day of July, 2022.

                                                TRINA A. HIGGINS
                                                United States Attorney

                                                */s/ Andrew Choate*

ANDREW CHOATE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that on July 1, 2022, the following document:

**MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**

was served by U.S. Mail and e-mail to the following individuals:

Loy Brunson
138 East 12300 South, Apt. C-196
Draper, Utah 84020
loybrunson@gmail.com

*/s/ Andrew Choate*
ANDREW CHOATE
Assistant United States Attorney