TRINA A. HIGGINS, United States Attorney (7349)
ANDREW CHOATE, Assistant United States Attorney (13615)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
andrew.choate@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON,<br><br>Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, *et al.*,<br><br>Defendant. | **DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 2:21-cv-00175-RJS-CMR<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

## INTRODUCTION

Defendants moved to dismiss this action pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6).[1] As set forth in that motion, this Court lacks jurisdiction over Brunson's claims because Brunson lacks standing to pursue these claims. Additionally, both sovereign immunity and legislative immunity bar Brunson's claims. Alternatively, dismissal is appropriate because Brunson has failed to state a claim for relief.

In his response to the Defendants' motion to dismiss, Brunson fails to substantively respond to the motion.[2] Instead he argues that (1) the United States does not have the authority to

1 ECF No. 62.

2 *See generally* ECF No. 64.

represent the government-official defendants in this action, (2) Utah law provides Brunson a separate cause of action in federal court, and (3) various clauses found in the U.S. Constitution provide Brunson with a basis for his suit to proceed. None of these arguments overcome the jurisdictional defects in Brunson's complaint.

## ARGUMENT

In his response, Brunson first argues that the United States Attorney's Office does not have authority to represent the Defendants in this action. But there is no question that Congress has authorized the Department of Justice to represent federal employees in official capacities.[3] Indeed, the authority to "conduct of litigation in which the United States, an agency, or officer thereof is a party, or is interested" is reserved exclusively to the Department of Justice.[4]

Brunson next argues that the Utah State Constitution provides Brunson standing to pursue his claims. First, Utah *state* law cannot provide Brunson a cause of action against *federal* officials, as Brunson appears to argue. Nor does Utah state law give Brunson standing to pursue these claims.[5] Thus, because Brunson has failed to establish that he has suffered an injury-in-fact that is personal to him, or that any such injury could be redressed by this Court, dismissal is appropriate.

Finally, Brunson appears to argue that this Court—by allowing summons to be issued—has already determined that the Fourth Amended Complaint states a claim. But that is not the

---

[3] 28 U.S.C. § 516.

[4] *Id.*

[5] Brunson also cites to various United States' constitutional amendments but fails to explain how those amendments would establish his standing to pursue his claims.

case. Rather, by allowing summons to be issued, the Court has determined only that Brunson had corrected the deficiencies identified by the Court in his earlier complaints. The Court has made no substantive ruling on the sufficiency of Brunson's complaint or his standing to pursue the claims asserted therein.

## CONCLUSION

For the foregoing reasons, and for the reasons stated in the motion to dismiss, Defendants request that this action be dismissed without prejudice for lack of subject-matter jurisdiction, or alternatively dismissed with prejudice for failure to state a claim.

Dated this 20th day of July, 2022.

TRINA A. HIGGINS
United States Attorney

*/s/ Andrew Choate*
ANDREW CHOATE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that on July 20, 2022, the following document:

**Defendants' Reply Memorandum in Support of Motion to Dismiss**

was served by U.S. Mail and e-mail to the following individuals:

Loy Brunson
138 East 12300 South, Apt. C-196
Draper, Utah 84020
loybrunson@gmail.com

*/s/ Andrew Choate*
ANDREW CHOATE
Assistant United States Attorney