Loy Arlan Brunson
138 East 12300 South #C-196
Draper, UT 84020
Telephone: 801-375-3278
Email: Loy@7discoveries.com
Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON in his personal capacity and as a member of "We The People",<br><br>Plaintiff,<br><br>vs.<br><br>ALMA S. ADAMS ; et al.,<br><br>Defendants. | Case No. 2:21-cv-00175<br><br>**REQUEST TO SUBMIT FOR DECISION ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM FOR RELIEF**<br><br>Judge:  Robert J. Shelby<br>Magistrate Judge: Cecilia M. Romero<br><br>TRIAL BY JURY DEMANDED |

Plaintiff Loy Arlan Brunson ("Brunson") hereby moves this court with this *Request To Submit For Decision On Defendants' Motion To Dismiss For Lack Of Jurisdiction And Failure To State A Claim For Relief* ("Motion") and states:

This request is made pursuant to DUCivR 7-3.

- Defendants' served upon the court their Motion on or about July 1st, 2022.  (ECF 62)

- Plaintiff's opposition to the Motion was filed on or about July 6th, 2022.  (ECF 64)

- Defendants' reply was filed on or about July 20th, 2022.  (ECF 65)

- The Motion is fully briefed and ready for a decision from the Court. .

1

Humbly submitted this the 25th day of July, 2022.

  /s/ Loy Arlan Brunson

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2022 I caused to be mailed by United States first class mail, to the parties named below, a true and correct copy of **REQUEST TO SUBMIT FOR DECISION ON DEFENDANTS' OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISIDICTION AND FAILURE TO STATE A CLAIM FOR RELIEF.**

Trina A. Higgins
Andrew Choate
US Attorney's Office
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111


/s/ *Loy Arlan Brunson*
Loy Arlan Brunson