Sherrie Reynolds * 2842 South Bexley Ct. * West Valley City Utah 84120

January 3, 2023

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JAN 09 2023

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

United States District Court

Honorable Robert J. Shelby – Chief Judge

351 S. West Temple, Utah 84101


I'm writing in regard to the U.S District Court Case 2:21-cv-00175.

We are committed to protecting our Constitution. It seems that at every turn a political party wants to take away what GOD has given us. Usually, to get more power.

WE THE PEOPLE WILL NOT GIVE UP OUR FREEDOMS AND OUR CONSTITUTIONAL RIGHTS.

The listed defendants in this case have not backed our Constitution, even though they took the OATH OF OFFICE.

They must be removed from their different offices immediately.


Thank you for your consideration on this case


*Sherrie Reynolds* (signature)

Sherrie Reynolds

Rhodes Reinfeldt
2842 S. Bayley Ct
WVC, Ut. 84120

SALT LAKE CITY UT 840

4 JAN 2023 PM 2 L



United States District Court
Honorable Robert J. Shelby   Chief Judge
351 S West Temple, Utah  84101

Att: Court Clerk - Gary P. Serdar
Case  2:21-CV-00175