UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LOY ARLAN BRUNSON<br><br>Plaintiff,<br><br>v.<br><br>ADAMS, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00175-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

It is ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendants.

SO ORDERED this 20th day of March, 2023.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge